IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID QUARLES, JAMES HARRELL, and KENNETH RAY MYERS, JR., | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| ABOVE ALL TREE SERVICE, INC. and BRYAN PERRY, | : CIVIL ACTION NO. : 1:16-cv-0580-AT : |
| Defendants. | : |

## **ORDER**

On October 20, 2016, this Court approved the parties' settlement of Plaintiffs' FLSA claim. At that time, the Parties agreed to independently negotiate a resolution of Plaintiffs' claim for attorney's fees. On February 15, 2017, the parties settled Plaintiffs' remaining claim for attorney's fees through mediation with Magistrate Judge Salinas. Accordingly, as the case is resolved in full through settlement, the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 27th day of April, 2017.

_/s/ Amy Totenberg_
**Amy Totenberg**
**United States District Judge**